UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: SHELLY SMTIH BORNE | CASE NO. 22-10014 |
| | SECTION A |
| DEBTOR | CHAPTER 13 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**EX PARTE MOTION FOR RELIEF FROM THE AUTOMATIC STAY and CO-DEBTOR STAY**

SN Servicing Corporation, as servicer for U.S. Bank Trust National Association, as Trustee of the FW Series I Trust a secured creditor, respectfully moves the Court to lift the automatic stay ex parte based on the following representations:

1.

The Court has jurisdiction to grant the relief pursuant to Section 362 of the United States Bankruptcy Code.

2.

An automatic stay took effect on the filing of a bankruptcy petition under Chapter 13 of the Bankruptcy Code on January 10, 2022.

3.

Counsel for SN Servicing Corporation, as servicer for U.S. Bank Trust National Association, as Trustee of the FW Series I Trust, filed a Motion for Relief on May 19, 2022 and an agreement was reached between the parties and a Consent Order was entered by the Court on July 29, 2022.

4.

SN Servicing Corporation, as servicer for U.S. Bank Trust National Association, as Trustee of the FW Series I Trust,'s records show that Debtor is in default of the terms of the Consent Order by failing to pay timely three (3) post-petition installments of $1,125.73 each due for November

1, 2022 to January 1, 2023, less $21.30 in suspense, for a total delinquency of $3,355.89. Attached is SN Servicing Corporation's Affidavit of Default attesting to the default.

5.

Counsel for SN Servicing Corporation, as servicer for U.S. Bank Trust National Association, as Trustee of the FW Series I Trust, provided Debtor's counsel and Debtor with a Notice of Default dated December 16, 2022, as required by the Consent Order. SN Servicing Corporation is entitled to ex parte relief from the automatic stay as provided by the Consent Order because Debtor's failure to make regular and timely monthly post-petition payments directly to SN Servicing Corporation, as servicer for U.S. Bank Trust National Association, as Trustee of the FW Series I Trust, and failure to cure the default after notice.

6.

SN Servicing Corporation, as servicer for U.S. Bank Trust National Association, as Trustee of the FW Series I Trust, requests that the order lifting the stay upon entry by the Court remain in full force and effect if this case is converted to any other chapter of the Bankruptcy Code and that SN Servicing Corporation, as servicer for U.S. Bank Trust National Association, as Trustee of the FW Series I Trust, be authorized to continue with its state court action if necessary.

7.

WHEREFORE, SN Servicing Corporation, as servicer for U.S. Bank Trust National Association, as Trustee of the FW Series I Trust, respectfully prays that the Court lift the automatic stay and authorize SN Servicing Corporation, as servicer for U.S. Bank Trust National Association, as Trustee of the FW Series I Trust, to proceed judicially to enforce its mortgage.

Respectfully submitted,

/s/ Aaron Wiseman
JACKSON & MCPHERSON, L.L.C.
Cris Jackson, Bar No. 20876
Aaron Wiseman, Bar No. 39390
935 Gravier Street, Suite 1400
New Orleans, Louisiana 70112
(504) 581-9444 PHONE
(504) 588-2888 FAX

Attorney for Movant